**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**FEDERAL NATIONAL MORTGAGE ASSOCIATION,**

**Plaintiff,**

**- against -**

**CAP 41 W 184 PROPERTY OWNER LLC, ET AL.,**

**Defendants.**

---

**26-cv-4707 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer the complaint was July 6, 2026. See ECF Nos. 13–16. To date, no answers have been filed.

The time for the defendants to answer or respond to the complaint is extended until **July 17, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff shall serve a copy of this Order on the defendants and file proof of service on the docket by **July 13, 2026.**

**SO ORDERED.**

**Dated:** **New York, New York**
**July 10, 2026**

**John G. Koeltl**
**United States District Judge**