UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff,

- against -

CAP 41 W 184 PROPERTY OWNER LLC, ET AL.,

Defendants.

26-cv-4707 (JGK)

Order

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the original time for the defendants, New York Environmental Control Board (the "ECB") and Aspen Specialty Insurance Company ("Aspen"), to answer or otherwise respond to the complaint was July 6, 2026. ECF Nos. 12, 15–16. On July 10, 2026, the Court extended that time until July 17, 2026. ECF No. 17. To date, neither defendant has answered or otherwise responded.

The time for the defendants to answer or otherwise respond to the complaint is extended until **July 27, 2026.** If either defendant fails to respond by that date, the plaintiff may move for a default judgment against that defendant, by order to show cause and in accordance with Federal Rule of Civil Procedure 55 and Local Civil Rules 55.1 and 55.2, no later than August 14, 2026. If the plaintiff fails to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute.

The plaintiff should serve a copy of this Order on the defendants and file proof of service on the docket by **July 22, 2026.**

**SO ORDERED.**

**Dated: New York, New York**
**July ~~20~~ 21, 2026**

John G. Koeltl
**John G. Koeltl**
**United States District Judge**