UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff,

- against -

CAP 41 W 184 PROPERTY OWNER LLC, ET AL.,

Defendants.

26-cv-4707 (JGK)

Order

**John G. Koeltl, District Judge:**

By July 24, 2026, the parties shall file a statement explaining the existence of diversity-of-citizenship jurisdiction in this case, including the citizenship of each of the defendants and any constituent limited liability companies. The Borrower Defendants shall also file their Rule 7.1 Disclosure Statement by July 24, 2026.

**SO ORDERED.**

**Dated:** New York, New York
July 21, 2026

John G. Koeltl
United States District Judge