Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com

Akin

Dean Lindsay Chapman, Jr.
+1 212.872.8095/fax: +1 212.872.1002
dchapman@akingump.com

September 14, 2026

VIA ELECTRONIC COURT FILING

Conference adjourned to 9/25/26 at 12:00 P.M.
So ordered.
9/14/26 John G. Koeltl /U.S.D.J.

Judge John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Federal National Mortgage Association v. CAP 41 W 184 Property Owner LLC et al.*, Case No. 1:26-cv-04707-JGK

Dear Judge Koeltl,

We represent Federal National Mortgage Association ("Plaintiff") in the above-captioned commercial foreclosure action against Defendants (i) CAP 41 W 184 Property Owner LLC, CAP 151 W 228 Property Owner LLC, CAP 2291 Universe St Property Owner LLC, CAP 2322 Grand Ave Property Owner LLC (collectively, the "Borrowers"), (ii) Michael Rubin (the "Guarantor," together with the Borrowers, the "Borrower-Defendants"), (iii) New York Environmental Control Board (the "ECB"), and (iv) Aspen Specialty Insurance Company ("Aspen").

We write concerning the Telephonic Initial Conference (the "Conference") scheduled for September 22, 2026 at 4:00 PM. Unfortunately, I will be traveling that day and will be unavailable to attend the Conference. As a result, we respectfully request that the Court reschedule the Conference for any of the following dates: 9/25; 10/1 (afternoon only); 10/7 – 10/9.

This is the first request for adjournment. We have conferred with counsel for Borrower-Defendants, and they do not oppose this request. We appreciate the Court's attention to this matter and remain available to answer any questions.

Sincerely,

*/s/ Dean Lindsay Chapman, Jr.*

Dean Lindsay Chapman, Jr.

CC: Nolan E. Shanahan (counsel for Borrower-Defendants)