UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff,

- against -

CAP 41 W 184 PROPERTY OWNER LLC, ET AL,

Defendants.

26-cv-4707 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The Court has set an initial conference in this case for September 25, 2026, at 12:00 p.m. ECF No. 49. The plaintiff should be prepared to discuss how their proposed default judgment (ECF No. 44) conforms in kind to the relief sought in the Complaint. See Fed. R. Civ. P. 54(c) (requiring that a default judgment "not differ in kind from, or exceed in amount, what is demanded in the pleadings"). Specifically, the proposed default judgment's declarations "that any and all right, title, or interest that [NYECB and Aspen] may have against the [respective properties] on account of its judgments is junior and subordinate to Plaintiff's mortgage liens" on those same properties. ECF No. 44 at 2 (emphasis added); cf. Compl. at 45–46.

**SO ORDERED.**

**Dated:** New York, New York
September 23, 2026

John G. Koeltl
United States District Judge