**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff,

-vs.-

CAP 41 W 184 PROPERTY OWNER LLC, CAP 151 W 228 PROPERTY OWNER LLC, CAP 2291 UNIVERSE ST PROPERTY OWNER LLC, CAP 2322 GRAND AVE PROPERTY OWNER LLC, MICHAEL RUBIN, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, ASPEN SPECIALTY INSURANCE COMPANY, and JOHN DOE #1 THROUGH JOHN DOE # 76, inclusive, the names of the last 76 defendants being fictitious, the true names of said defendants being unknown to plaintiff, it being intended to designate any occupants or tenants of the mortgaged premises who are in default in the payment of rent for which a proceeding is now pending by the mortgagor and/or other persons or parties having or claiming an interest in or lien upon the mortgaged premises subordinate to that of the mortgagee, if the aforesaid individual defendants are living, and if any or all of said individual defendants be dead, their heirs at law, next of kin, distributees, executors, administrators, trustees, committees, devisees, legatees and the assignees, lienors, creditors, successors in interest of them, and generally all persons having or claiming under, by, through or against the said defendants named as a class, any right, title or interest in or lien upon the premises described in the complaint herein,

Defendants.

No. 1:26-cv-04707 (JGK)

**PROPOSED DEFAULT JUDGMENT**

This action having been commenced by Plaintiff Federal National Mortgage Association ("Plaintiff") on June 4, 2026 by the filing of a Request for Summons and Complaint; the Summons Issued on June 5, 2026 (*See* ECF Nos. 1, 4, 7); and a copy of the Summons and Complaint having been served on Defendants New York City Environmental Control Board (the "NYECB") and Aspen Specialty Insurance Company ("Aspen") on June 9, 2026 and June 12, 2026 (*See* ECF Nos. 12, 15-16), respectively; and proofs of service for the NYECB and Aspen being filed on June 12, 2026 and June 23, 2026 (with a revised version being filed on July 9, 2026) respectively (*See id.*); the Defendants not having answered the Complaint, and the time for answering the Complaint having expired; and the Clerk of Court having entered a Certificate of Default on July 31, 2026 (*See* ECF No. 35).

**IT IS HEREBY ORDERED** that the Plaintiff have judgment against Defendant New York City Environmental Control Board barring and foreclosing NYECB of and from all estate, right, title, interest, claim, lien and equity of redemption of, in and to the Properties and each and every part and parcel thereof.[1]

**IT IS HEREBY ORDERED** that the Plaintiff have judgment against Defendant Aspen Specialty Insurance Company barring and foreclosing Aspen of and from all estate, right, title, interest, claim, lien and equity of redemption of, in and to the West 228th St Property and each and every part and parcel thereof.

**IT IS FURTHER ORDERED** that the Plaintiff have judgment against Defendant Aspen Specialty Insurance Company declaring that Aspen's judgment, obtained on November 14, 2025

---

[1] Any capitalized terms not defined herein shall have the meanings ascribed to them in the Complaint (ECF No. 1).

in the Supreme Court of the State of New York, New York County under Index No. 655789/2023, does not constitute a lien or encumbrance against the West 228th St Property.

Dated: New York, New York
9/30, 2026

The Honorable John G. Koeltl
United States District Court Judge