**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CAP 41 W 184 PROPERTY OWNER LLC, et. al.,<br><br>Defendants. | Civil Action No. 1:26-cv-04707 (JGK) |

Motion granted.
So ordered
John G. Koeltl
U.S.D.J.
11/18/26

**NOTICE OF RECEIVER'S MOTION SEEKING APPROVAL OF APPOINTMENT OF COUNSEL**

PLEASE TAKE NOTICE that, upon the declaration of Ian V. Lagowitz dated October 30, 2026, with exhibit thereto, the declaration of Stacey A. Lara dated November 3, 2026, with exhibit thereto; the accompanying memorandum of law; and upon all prior pleadings and proceedings filed in this case, the Court-appointed Receiver, Trigild IVL (the "Receiver"), acting through its principal, Ian Lagowitz, hereby moves this Court, before the Honorable John G. Koeltl, United States District Judge, at the courthouse for the United States District Court for the Southern District of New York, located at 500 Pearl St., New York, NY 10007-1312, at a time and date to be fixed by the Court, pursuant to this Court's September 16, 2026 Order appointing the Receiver (the "Receivership Order"), for an Order: (1) permitting the Receiver to (a) retain Holland & Knight LLP as counsel in connection with the Receivership; (b) appoint Lazarus Karp Ehrlich McCourt, LLP as local counsel for the Receiver to oversee and prosecute landlord/tenant and eviction proceedings; and, (2) granting such other further and different relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that any papers in opposition to this motion shall be served in accordance with Local Civil Rule 6.1.

Dated: November 3, 2026

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By: *____/s/ Stacey A. Lara_____*
Stacey A. Lara
787 Seventh Avenue, 31st Floor
New York, New York 10019
Tel: (212) 513-3200
Email: Stacey.Lara@hklaw.com

*Counsel for the Receiver*